IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARI FARNSWORTH, et al.,

    Plaintiffs,                              No. CIV S-08-1882 GEB KJM

    vs.

PATRICIA CHRISTIANS, et al.,

    Defendants.                             <u>ORDER</u>

_____/

        Plaintiff's motion to quash came on regularly for hearing April 22, 2009. Craig Fagan appeared telephonically for plaintiffs. No appearance was made for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        The motion to quash is denied. However, any documents produced pursuant to the subject subpoena shall be used solely for purposes of the instant litigation.

DATED: April 23, 2009.

                                                    U.S. MAGISTRATE JUDGE

006
farnsworth.oah