1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   KARI FARNSWORTH and E.F., a minor, )
    by and through her guardian ad       )
10  litem Kari Farnsworth,               )
                                         )
11              Plaintiffs,              )      2:08-cv-01882-GEB-KJM
                                         )
12         v.                            )      ORDER CONFIRMING COMPROMISE
                                         )      OF SETTLEMENT
13  PATRICIA A. CHRISTIANS and TRINITY )
    MANAGEMENT COMPANY,                  )
14                                       )
                Defendants.              )
15  ──────────────────────────────────── )

16          The petition of plaintiff Kari Farnsworth ("Petitioner") to

17  approve the compromise of claim of minor E.F. is granted and the

18  compromise is approved, including the attorney's fees and costs

19  requested by plaintiffs' counsel.  The minor shall recover $5,000.

20          Within 72 hours of receipt of a check payable to the order

21  of the Petitioner as trustee for the minor, Petitioner must deposit a

22  check in the amount above in the Petitioner's name as trustee for the

23  minor in a blocked account at a federally insured bank or credit

24  union.  Petitioner must deliver to the depository a copy of this

25  order.  The blocked account belongs to minor Plaintiff, E.F.

26          No withdrawals of principal or interest may be made from the

27  blocked account without a written order under this case name and

28  number, signed by a judge, until the minor attains the age of 18

years.  When the minor attains the age of 18 years, the depository, without further order of this court, is authorized to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order.  The money on deposit is not subject to escheat.

The Petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.  No bond is required.

Therefore, this is action is dismissed with prejudice pursuant to the parties' stipulated dismissal filed on November 18, 2009.

Dated:  November 24, 2009

GARLAND E. BURRELL, JR.
United States District Judge